Wendy R. Bemis (SBN 218432)
Kimberly A. Wong (SBN 251193)
**LAW OFFICES OF BEMIS & ASSOCIATES**
140 Geary Street, 4th Floor
San Francisco, CA 94108
Telephone: (415) 367-4578
Facsimile: (415) 367-4579

Attorneys for Plaintiff,
CHARLISA HUDSON

Anna Mary Gannon (SBN 92175)
**LITTLER MENDLESON, LLP**
650 California St
San Francisco, CA 94108
Telephone: (415) 399-8481

Attorneys for Defendants
PITNEY BOWES, INC., INTERNATIONAL BUSINESS MACHINES, CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLISA HUDSON,<br><br>    Plaintiff,<br><br>v.<br><br>PITNEY BOWES, INC., a Delaware Corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION; a New York Corporation; and DOES 1-50,<br><br>    Defendants. | Case No.: CV 09-0167 MEJ<br><br>**STIPULATION OF DISMISSAL** |

WHEREFORE, the parties have reached a final settlement in the above-captioned action.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: April 22, 2009

                        LAW OFFICES OF BEMIS & ASSOCIATES

                          /s/ Kimberly A. Wong
                        Kimberly A. Wong
                        Attorneys for Plaintiff
                        CHARLISA HUDSON

Dated: April 22, 2009            LITTLER MENDELSON, LLP

                        /s/ Anna Mary Gannon
                        Anna Mary Gannon
                        Attorneys for Defendants
                        PITNEY BOWES, INC., INTERNATIONAL
                        BUSINESS MACHINES, CORP.

The Clerk of Court shall close the file.

Dated: April 24, 2009

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Maria-Elena James]*